IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TED'S TOBACCO, INC.,<br>MICHAEL WRIGHT,<br>TREK PROPERTIES, LLC, and<br>JOHN DOE 1 and 2, INCLUSIVE,<br><br>　　　　　Defendants. | 8:16CV462<br><br>ORDER |

　　　This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Part of the motion form includes an affidavit regarding the plaintiff's financial status. Upon consideration,

　　　**IT IS ORDERED**:

　　　The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

　　　Dated this 12th day of October, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge