IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>TED'S TOBACCO, INC., MICHAEL WRIGHT,  TREK PROPERTIES, LLC, and  JOHN DOE 1 AND 2 INCLUSIVE,<br><br>Defendants. | 8:16CV462<br><br><br>SHOW CAUSE ORDER |

The above-captioned suit was filed on October 11, 2016.  The parties were directed to file a Rule 26(f) Report no later than February 27, 2017. (Filing No. 22)  On February 27, 2017, a Motion for Extension was granted and the parties were directed to file a Rule 26(f) Report no later than March 13, 2017.  (Filing No. 24)  On March 24, 2017, when the report was not received on March 13, 2017, the Court contacted the parties' counsel by email and directed them to respond as to the status of the Report no later than March 27, 2017.  At that time, the parties were advised that failure to file said report could result in the entry of a show cause order.  Counsel has not responded to the Court's correspondence and the report has not been filed.

Accordingly,

**IT IS ORDERED** that by or before April 11, 2017,  Plaintiff shall show cause why this action should not be dismissed for lack of prosecution and failure to comply with this Court's order.  (Filing No. 24)  Failure to comply with this Order will result in a recommendation to United States District Court Judge Robert Rossiter, Jr. that this action be dismissed.

Dated this 28th day of March, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge